IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Collins, Frederick | Case Number: 07 B 14536 |
|---|---|---|
| | Collins, Shawnta M | Judge: Squires, John H |
| | Printed: 2/5/08 | Filed: 8/11/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 28, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,722.70 | |
| Secured: | | 2,100.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 444.50 |
| Trustee Fee: | | 145.22 |
| Other Funds: | | 3,032.98 |
| Totals: | 5,722.70 | 5,722.70 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 444.50 | 444.50 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 5. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 6. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 7. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 8. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 9. | GMAC Auto Financing | Secured | 33,673.95 | 1,950.00 |
| 10. | DaimlerChrysler Servs North America | Secured | 1,955.00 | 150.00 |
| 11. | Litton Loan Servicing | Secured | 17,683.53 | 0.00 |
| 12. | American General Finance | Secured | 2,565.00 | 0.00 |
| 13. | Countrywide Home Loans Inc. | Secured | 11,777.61 | 0.00 |
| 14. | Countrywide Home Loans Inc. | Secured | 7,809.71 | 0.00 |
| 15. | Illinois Dept of Revenue | Priority | 279.12 | 0.00 |
| 16. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 17. | Projectline | Unsecured | 1,166.51 | 0.00 |
| 18. | Sprint Nextel | Unsecured | 33.36 | 0.00 |
| 19. | CB USA | Unsecured | 178.62 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 177.09 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 151.32 | 0.00 |
| 22. | Resurgent Capital Services | Unsecured | 82.78 | 0.00 |
| 23. | GMAC Auto Financing | Unsecured | 0.00 | 0.00 |
| 24. | Target National Bank | Unsecured | 114.05 | 0.00 |
| 25. | City Of Chicago Dept Of Revenue | Unsecured | 802.00 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Collins, Frederick | Case Number: 07 B 14536 |
| --- | --- | --- |
| | Collins, Shawnta M | Judge: Squires, John H |
| | Printed: 2/5/08 | Filed: 8/11/07 |

| | | | | |
| --- | --- | --- | ---: | ---: |
| 26. | Peoples Energy Corp | Unsecured | 76.25 | 0.00 |
| 27. | Aspire Visa | Unsecured | 255.44 | 0.00 |
| 28. | ECast Settlement Corp | Unsecured | 111.54 | 0.00 |
| 29. | Capital One | Unsecured | 164.76 | 0.00 |
| 30. | Illinois Dept of Revenue | Unsecured | 1.84 | 0.00 |
| 31. | Concord Service Corporation | Secured | | No Claim Filed |
| 32. | Sallie Mae | Unsecured | | No Claim Filed |
| 33. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 34. | Dept Of Employment Secur | Unsecured | | No Claim Filed |
| 35. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 36. | CBA | Unsecured | | No Claim Filed |
| 37. | KCA Financial Services | Unsecured | | No Claim Filed |
| 38. | AIS Services | Unsecured | | No Claim Filed |
| 39. | Harris & Harris | Unsecured | | No Claim Filed |
| 40. | Swiss Colony | Unsecured | | No Claim Filed |
| 41. | AIS Services | Unsecured | | No Claim Filed |
| 42. | Cfc Deficiency Recover | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 79,503.98 | $ 2,544.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| :---: | :---: |
| 5.4% | 145.22 |
| | _____ |
| | $ 145.22 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____